&GAM 35            **Report and Order Terminating Supervised Release**
(Rev. 2/06)                 **Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 1:21-CR-00029-002 (LAG) |
| **MONTRAVIOUS TYNER** | |

On January 26, 2023, the supervised release term of 3-years commenced. Montravious Tyner has complied with the rules and regulations of probation, he has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Montravious Tyner be discharged from supervision.

Respectfully submitted,

Quinten L. Billingslea
Evidence Based Practices Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __17th__ day of __July__, 2025.

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE